No. 00–605. SANDERS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–5160. CAMILO BRAVO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–5204. LUNA-DOMINGUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–5313. SIMPSON v. FLORIDA DEPARTMENT OF CORREC-TIONS. C. A. 11th Cir. Certiorari denied.

No. 00–5330. FULLER v. BARRETT ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–5334. GUZMAN-RANGEL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–5499. BULGER v. MICHIGAN. Sup. Ct. Mich. Certio-rari denied.

No. 00–5567. MASON v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 00–5585. FRAZIER-EL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–5630. WIGGINS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–5638. FROGGE v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 00–5673. SANCHEZ-PACHECO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–5701. MORRIS v. APFEL, COMMISSIONER OF SOCIAL SECURITY. C. A. 5th Cir. Certiorari denied.

No. 00–6027. RAMIREZ v. ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 00–6036. BELASCO v. SNYDER, WARDEN. C. A. 8th Cir. Certiorari denied.